"O"

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| DEBORAH M HUFFMAN, ) | Case No. EDCV 03-1535-MLG |
| )  Plaintiff, ) | ORDER DENYING COUNSEL'S MOTION TO ALTER OR AMEND AWARD OF ATTORNEY FEES |
| )  v. ) | |
| ) JO ANNE B. BARNHART, ) Commissioner of the Social ) Security Administration, ) ) )  Defendant. ) | |

**I.   Introduction**

On August 24, 2006, the Court entered an order granting counsel an award of attorney fees in the amount of $3,901.80 under 42 U.S.C. § 406(b). The amount awarded was a reduction from the original request for fees in the amount of $7000.00. In doing so, the court noted that only 4.1 hours of time had been expended on the case by counsel and 7.1 hours by paralegals. The court determined that the amount awarded was reasonable under the appropriate standards.

On August 25, 2006, Counsel filed this motion to alter or amend the award of attorney fees. Counsel asserts that the court erred in

using hourly rates from 2000 rather than current hourly rates, adjusting for inflation, in computing a reasonable fee.  The motion is **DENIED**.  In arriving at the conclusion that a 75% enhancement in the hourly fee was warranted, the Court specifically noted that: "Accordingly, the Court finds that an enhancement of 75% over the fee which would have been charged in the upper 10% sufficiently **ensures the reasonableness of the fee in terms of both inflation and an appropriate enhancement**". (emphasis added).

    As inflation was taken into account in computing the appropriate fee and the remainder of Plaintiff's argument were previously considered and rejected, the motion must be **DENIED**.  For the reasons stated in the August 24, 2006 Order, the award of fees was reasonable and just in light of the time expended by counsel and his staff.

Dated: August 29, 2006

                                                                           /s/ Marc L. Goldman
                                                                            Marc L. Goldman
                                     United States Magistrate Judge