# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 03-1535-MLG | Date | January 5, 2010 |
|---|---|---|---|
| Title | Deborah M. Huffman v. Michael J. Astrue, Commissioner of Social Security | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| Terri Steele | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers) Order Granting Attorney Fees

On November 19, 2009, the United States Court of Appeals for the Ninth Circuit remanded this action for further consideration in light of the decision in *Crawford v. Astrue,* 586 F.3d 1142 (9th Cir. 2009).

Plaintiff's motion for an award of attorney fees pursuant to 42 U.S.C. § 406(b) is GRANTED in its entirety. The Court finds that the fee request satisfies the standards for such awards stated in *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), and *Crawford*. Fees shall be awarded the amount of $7,000.00, which amount shall be offset by the amount of $1,300.00 which was previously paid to counsel under the EAJA. The net award is ***$5,700.00.*** If counsel for Plaintiff has received the amount of $3901.80, which was awarded in the order entered August 24, 2006, that amount shall also be offset against the net award.

|  | : |
|---|---|
| Initials of Clerk | sdm |